IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02433-WYD-KLM

PHILIP KELLY; and
SHAMINA KELLY,

    Plaintiffs,

v.

SIMM ASSOCIATES, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion for Leave for Plaintiffs' Counsel to Appear at Scheduling Conference by Telephone** [Docket No. 7; Filed January 12, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time set for the Scheduling Conference, Plaintiffs' counsel shall contact Chambers at **(303) 335-2770** to participate.

Dated: January 12, 2009