IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02433-WYD-KLM

PHILIP KELLY; and
SHAMINA KELLY,

    Plaintiffs,

v.

SIMM ASSOCIATES, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to File First Amended Complaint and Jury Demand** [Docket No. 17; Filed February 25, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk shall docket the First Amended Complaint and Jury Demand [Docket No. 17-2] as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the First Amended Complaint and Jury Demand within **ten (10) days** of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that the caption shall be amended to include DONALYN GORHAM and LEAH O'TOOLE as Defendants.

Dated: February 26, 2009