IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02433-WYD-KLM

PHILIP KELLY; and
SHAMINA KELLY,

    Plaintiffs,

v.

SIMM ASSOCIATES, INC., a Delaware corporation,
DONALYN GORHAM, and
LEAH O'TOOLE,

    Defendants.

## ORDER

    Pursuant to the Notice of Dismissal with Prejudice as to Defendant Leah O'Toole (Doc. # 25), it is

    ORDERED that Defendant Leah O'Toole is **DISMISSED WITH PREJUDICE** from the case, with each party to pay his, her or its own attorney's fees and costs. This Defendant shall hereafter be taken off the caption.

    Dated: March 24, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge