IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02433-WYD-KLM

PHILIP KELLY; and
SHAMINA KELLY,

    Plaintiffs,

v.

SIMM ASSOCIATES, INC., a Delaware corporation, and
DONALYN GORHAM,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay his, her or its own attorney's fees and costs.

    Dated: March 24, 2009

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL
                      CHIEF UNITED STATES DISTRICT JUDGE